The People of the State of Illinois, Plaintiff-Appellee, *v.* Joseph Ashton, Defendant-Appellant.

(No. 59678;

First District (5th Division)—December 13, 1974.

Opinion by Mr. PRESIDING JUSTICE SULLIVAN.

James J. Doherty, Public Defender, of Chicago (Gerald Winiecki and Thomas F. Finegan, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.